# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Vernita Gray, et al.
                        Plaintiff,

v.                                                 Case No.: 1:13–cv–08449
                                                      Honorable Thomas M. Durkin

David Orr
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 25, 2013:

      MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion for a Temporary Restraining Order [5] is granted. Intervenor Lisa Madigan's motions for leave to appear [14] and, intervene [15] [16] are granted. Motion hearing held on 11/25/2013. Status hearing set for 12/9/2013 at 09:00 AM.Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.