# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| VERNITA GRAY and PATRICIA EWERT, )<br>)<br>Plaintiffs, )<br>)<br>and )<br>)<br>LISA MADIGAN, ATTORNEY GENERAL )<br>OF THE STATE OF ILLINOIS, )<br>)<br>Intervenor, )<br>)<br>v. )<br>)<br>DAVID ORR, in his official capacity as )<br>COOK COUNTY CLERK, )<br>)<br>Defendant. ) | Case No.  13 cv 8449<br><br>Hon. Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

### PLEADING OF ILLINOIS ATTORNEY GENERAL AS INTERVENOR

Intervenor Lisa Madigan, Attorney General of the State of Illinois (the "Attorney General"), respectfully submits this pleading pursuant to Rule 24(c) of the Federal Rules of Civil Procedure.

### Joinder in Count II of Plaintiffs' Complaint

The Attorney General joins in the plaintiffs' claim in Count II of their complaint alleging that the prohibition against same-sex marriage contained in the provisions of the Illinois Marriage and Dissolution of Marriage Act that remain in effect until June 1, 2014, violates their rights under the Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution by discriminating against them based on their sexual orientation.

WHEREFORE, the Attorney General prays for entry of a judgment in the plaintiffs' favor on Count II of their complaint.

November 22, 2013

Respectfully submitted,

 /s/ *Richard Huszagh*
Richard S. Huszagh
*rhuszagh@atg.state.il.us*
Assistant Attorney General
100 W. Randolph St., 12th Floor
Chicago, IL 60601
(312) 814-2587

Malini Rao
*mrao@atg.state.il.us*
(312) 814-3909

Christopher Kim
*ckim@atg.state.il.us*
(312) 793-2403

Assistant Attorneys General
100 W. Randolph St.
Chicago, IL 60601

**Certificate of Filing and Service**

The undersigned, an attorney, hereby certifies that on November 25, 2013, he caused the foregoing <u>Pleading of Illinois Attorney General as Intervenor</u> to be filed electronically with the U.S. District Court for the Northern District of Illinois, with copies thereby automatically served electronically on all other counsel of record registered with the Court's CM/ECF system in this case, and also to be served by postage-prepaid first class mail in envelopes addressed to:

| | |
|---|---|
| Emily Nicklin, P.C.<br>Jordan M. Heinz<br>Jeremy Press<br>Mishan Wroe<br>KIRKLAND & ELLIS LLP<br>300 N. LaSalle St.<br>Chicago, IL  60654 | John A. Knight<br>Harvey Grossman<br>Karen Sheley<br>ROGER BALDWIN FOUNDATION<br>OF ACLU, INC.<br>180 N. Michigan Ave., Suite 2300<br>Chicago, IL  60601 |
| Camilla B. Taylor<br>Christopher R. Clark<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>Midwest Regional Office<br>105 W. Adams St., Suite 2600<br>Chicago, IL  60603 | Marc O. Beem<br>Zachary J. Freeman<br>M. David Weisman<br>Kay L. Dawson<br>MILLER SHAKMAN & BEEM LLP<br>180 N. LaSalle St., Suite 3600<br>Chicago, IL  60601 |
| David Orr, Cook County Clerk<br>c/o Anita Alvarez<br>State's Attorney<br>Patrick T. Driscoll, Jr.<br>Assistant State's Attorneys<br>500 Richard J. Daley Center<br>50 W. Washington St.<br>Chicago, IL  60602 | |

                                          /s/ *Richard Huszagh*
                                            Richard S. Huszagh